# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 09-33523 |
| Warren Monte Demunn } | |
| Teresa D. Demunn } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

### Amended Objection to Claim No. 3
### Of Creditor WELLS FARGO

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to the Claim number 3 of WELLS FARGO and as grounds for said Objection will state as follows:

1. The Debtor filed a Chapter 13 bankruptcy on December 28, 2009.

2. The creditor **WELLS FARGO** filed a SECURED proof of claim for $3,658.66.

3. The proof of claim as filed was filed improperly in that the creditor is not entitled to secured status under §506 of the Bankruptcy Code. The creditor has not provided proof that their debt is entitled to secured status and in fact according to the attachments this is a revolving credit agreement.

4. The Debtor requests that this Court disallow the claim as a secured claim and reclassify the claim as an unsecured claim.

WHEREFORE, the premises considered, the Debtor objects to the claim of **WELLS FARGO**, Claim No. 3 being treated as a secured creditor and asks that this Court reclassify the claim as an unsecured claim.

Respectfully submitted,

/s/ Vonda S. McLeod ASB-5507-D65-V
*Attorney for Debtor*:
Vonda S. McLeod ASB-5507-D65-V
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day June 22, 2010.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs

WELLS FARGO
PO BOX 94498
Las Vegas, NV  89193